PEOPLES ADVOCATES, UNINCORPORATED, A/K/A
"PUN", RELATORS, v. FRANK MURRAY, SECRETARY OF STATE
OF THE STATE OF MONTANA, AND ALL OF THE DULY ELECTED,
QUALIFIED AND ACTING CLERKS AND RECORDERS OF THE STATE
OF MONTANA, RESPONDENTS.

No. 12276.
May 11, 1972.
Rehearing Denied May 17, 1972.
497 P.2d 97.

## ORDER

PER CURIAM.

Original proceeding.

Relators seek an order to show cause to be directed to respondents requiring them to show cause, if any they had, why respondents should not be enjoined and prohibited from certifying the proposed new Constitution to the electorate on June 6, 1972.

Counsel was heard ex parte in oral argument and the application taken under advisement. The Court having now considered the petition and applicable provisions of the statutory law and the Montana Constitution, it appears that the application fails to disclose sufficient legal grounds on which to base the issuance of an order to show cause.

It is therefor ordered that the relief requested be denied and this proceeding is ordered dismissed.